UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAO VY, | No. C 10-4650 SI (pr) |
|     Petitioner, | **JUDGMENT** |
|   v. | |
| CALIFORNIA, | |
|     Respondent. | |

This action is dismissed without prejudice to petitioner filing a new action if he ever obtains permission from the court of appeals to do so.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 20, 2010

                                       SUSAN ILLSTON
                                 United States District Judge